UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| SARA ANDREWS | § | |
| | § | |
| VS. | § | C.A. NO. 3:23-cv-00067 |
| | § | (JURY) |
| STATE FARM LLOYDS | § | |

## JOINT NOTICE OF SETTLEMENT

**TO THE HONORABLE COURT:**

Please take notice that Plaintiff and Defendant have entered into a settlement in this cause. Therefore, once the settlement documents have been executed, a final order will be submitted to this Honorable Court for execution.

Respectfully submitted,

**GERMER PLLC**

By: *Rachel Crutchfield*
**DALE M. "RETT" HOLIDY**
State Bar No. 00792937
Federal I.D. No. 21382
rholidyefile@germer.com
America Tower
2929 Allen Parkway, Suite 2900
Houston, Texas 77019
(713) 650-1313 – Telephone
(713) 739-7420 – Facsimile

**ATTORNEYS FOR DEFENDANT,
STATE FARM FIRE AND CASUALTY
INSURANCE COMPANY**

**OF COUNSEL:**

**GERMER PLLC**
Rachel Crutchfield
Federal Bar No. 3696121
State Bar No. 24012481
America Tower
2929 Allen Parkway, Suite 2900
Houston, Texas 77019
(713) 650-1313 - Telephone
(713) 739-7420 - Facsimile
rcrutchfield@germer.com


**THE HODGE LAW FIRM, PLLC**


By: */s/ Racchel D. Cabrera (w/ permission)*
    **SHAUN W. HODGE**
    State Bar No. 24052995
    shodge@hodgefirm.com
    **RACCHEL D. CABRERA**
    State Bar No. 24109093
    rcabrera@hodgefirm.com
    1301 Market Street
    Galveston, Texas 77550
    (409) 762-5000 – Telephone
    (409) 763-2300 – Facsimile

**ATTORNEYS FOR PLAINTIFF,
SARA ANDREWS**

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to all known counsel pursuant to the Federal Rules of Civil Procedure on this the 7th day of September, 2023.

Shaun W. Hodge                      **VIA CM/ECF**
Racchel D. Cabrera
THE HODGE LAW FIRM, PLLC
1301 Market Street
Galveston, Texas 77550
shodge@hodgefirm.com
rcabrera@hodgefirm.com

                      *Rachel Crutchfield*
                      **RACHEL CRUTCHFIELD**